**HANTMAN & ASSOCIATES**
ATTORNEYS AT LAW
358 Fifth Avenue
SUITE 1003
NEW YORK, NEW YORK 10001
(212) 684-3933
FAX (646) 219-0014
www.Hantmanlaw.com

FILED
CLERK, U.S. DISTRICT COURT
NOV 20 2013
CENTRAL DISTRICT OF CALIFORNIA
BY JV DEPUTY

**ROBERT J. HANTMAN**
RHantman@Hantmanlaw.com

New York, New Jersey, Florida & Pennsylvania Bars

2:13ML 363

November 8, 2013

Clerk of Court
Central District of California
312 North Spring Street
Los Angeles, CA 90012

Re: *Celebrity Cards International, Inc. v. Earvin Johnson Jr., June Bug Enterprises, Inc., and OneWest Bank,*
Civil Action No. 1:13-cv-22197

To Whom It May Concern:

We represent Plaintiff Celebrity Cards International, Inc. in the above-captioned civil matter, and are writing to request out of district subpoenas to be issued by U.S. Mail for Marty Singer and Michael Holtz. A $92 check ($46 per subpoena) is enclosed, in addition to the necessary documents and a self-addressed stamped envelope. Thank you in advance for your assistance with this matter.

Respectfully,

Robert J. Hantman, Esq.
Hantman & Associates
358 Fifth Avenue Suite 1003
New York, NY 10001

PAID
NOV 27 2013
Clerk, US District Court
COURT 4612